In the United States District Court for the Eastern District of Oklahoma

Antonio Dewayne Hooks )
    Plaintiff, )
       )
v.        ) Civ-18-399-JHP-SPS
Yandell    )
    Defendant, )

FILED OCT 22 2019

## Motion for order compelling discovery

Pursuant to rule 37 of the federal rules of civil procedure for Eastern District of Oklahoma The plaintiff request the court to order the defendant to produce for inspection.
1. Copy of Plaintiff transfer from NFCC and to OCF. med to max OCF.
2. separatees list who Plaintiff as separatees on in OK.D.O.C.
3. All request to staff Plaintiff wrote in early Dec. 2017. OK.D.O.C

Plaintiff previously sent a discovery request to Defendant attorney J. Ralph Moore pursuant to Fed.R.Civ.P.34 The Defendant has failed to produced the above listed Documents.

## Motion for compelling special report

That has already been file with The above titled civil suit. And just sitting in the eastern District. Someone is in default in this proceeding. The Plaintiff doesn't know if Defendant Hill has been served. The court minute was tryin to dismiss this Defendant just like Glaspy who should still be a defendant because core civil is a defendant and they was responsible for his actions under the clock.

                              Plaintiff
                              Antonio Hooks