UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
EASTERN DISTRICT OF OKLAHOMA
P.O. Box 607
Muskogee, Oklahoma 74402-0607

Patrick Keaney　　　　　　　　　　　　　　　　　　　　　TELEPHONE
　Clerk　　　　　　　　　　　　　　　　　　　　　　　　　(918) 684-7920

January 30, 2020

Antonio D. Hooks 472399
Davis Correctional Facility
6888 E. 133rd Road
Holdenville, OK 74848

　　　CIV-18-399-JHP-SPS

Dear Mr. Hooks,

　　At the direction of the Court, I am responding to your letter received on January 30, 2020. As shown on the enclosed docket sheet, Defendant Yandelle is the only remaining defendant in this action. Defendant Justin Glaspy was dismissed without prejudice from this action on May 14, 2019, for your failure to properly serve him pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. On October 28, 2019, Defendant Hill also was dismissed without prejudice because he was not properly served. The Oklahoma Department of Corrections has never been a defendant in this case.

　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　Patrick Keaney
　　　　　　　　　　　　　　Court Clerk

　　　　　　　　　　　　　　By: s/agreen
　　　　　　　　　　　　　　　　　Deputy Clerk