Antonio Hooks
Plaintiff

vs.

Bryan Yandell, ET al.,
Defendant

In the United States District Court for the Eastern District of Oklahoma

case civil 18-399-JHP-SPS

FILED
FEB 14 2020
PATRICK KEANEY
Clerk, U.S. District Court

Motion to amend

Pursant to Federal rule of civil procedure local civil 9.2(c) of the eastern District of oklahoma plaintiff request the magistrate Judge Steven P. Shreder for permission to amend his civil complaint. Plaintiff realize who should be defendants of this civil complaint once Core Civic produce the special report.

Thank you
Plaintiff
Antonio Hooks