Antonio Brooks,
  Plaintiff,

vs.                              CIV-18-399-RAW-SPS

Yandelle
  Defendant.

**FILED**
AUG - 5 2020
PATRICK KEANEY
Clerk, U.S. District Court
By _____ Deputy Clerk

Motion to compel the court to obtain plaintiff grievances that was appealed to O.D.O.C.

Plaintiff compels the court to obtain all grievances appealed to director of O.D.O.C showing plaintiff exhausted his administrative remedies from August to December, 2018. Defendant left out all plaintiff grievances (special report) appeal to O.D.O.C making it appear plaintiff didn't exhaust all his remedies which he did!

Plaintiff
Antonio Brooks